# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Leticia Silva
Legal Assistant

November 17, 2021

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

*In view of the restrictive conditions of release, the application is denied.*
*So ordered.*
*JGK/(Koeltl)*
*U.S.D.J.*
*11/17/21*

Re: USA v. Kareem Hassan,
21 Cr. 680 (JGK)

Dear Judge Koeltl,

Our office represents Mr. Kareem Hassan in the above referenced matter.

On October 8, 2021, Mr. Hassan was released on a $250,000.00 Personal Recognizance Bond, secured by two financially responsible persons. As part of his bail conditions, Mr. Hassan has travel restrictions within the Southern and Eastern Districts of New York, strict Pretrial Supervision, and stand-along GPS monitoring, among other conditions of release.

Mr. Hassan respectfully requests permission to spend Thanksgiving with his fiancé and her family, in Chicago, IL, from November 24th to November 28th.

U. S. Pretrial Services Officer Johnathan Lettieri opposes to this request. A.U.S.A Kaylan Lasky defers to the position of U.S. Pretrial Services.

Thank you for your consideration.

Respectfully submitted,

S/Telesforo Del Valle Jr.
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Kareem Hassan

Cc: A.U.S.A. Rebecca Dell, Esq.
A.U.S.A. Kaylan Lasky, Esq