March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

KAREEM HASSAN ,
                Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21.-CR-680 (JGK) (    )

Defendant __Kareem Hassan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X    Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Kareem Hassan__
Print Defendant's Name

_____
Defense Counsel's Signature

**TELESFORO DEL VALLE JR., ESQ.**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

12/9/21
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~