## Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

December 22, 2021

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
-*Via ECF*-

**APPLICATION GRANTED
SO ORDERED**

12/22/21

John G. Koeltl, U.S.D.J.

Re:   USA v. Kareem Hassan,
Case No. 21 Cr. 680 (JGK)

Dear Judge Koeltl,

Our office represents Mr. Kareem Hassan, in the above captioned matter.

On October 8, 2021, Mr. Hassan was released on a $250,000 Bond secured by two (2) Financially Responsible Persons. His Bail Conditions include strict Pretrial Supervision, Stand Along GPS, and travel restricted to the Southern and Eastern Districts of New York, among other conditions.

Mr. Hassan lost his apartment and has to move by the end of this year. We respectfully request a Bail Modification to allow Mr. Hassan to move to the Northern District of Illinois to live with his fiancée.

If this request is granted, Mr. Hassan will coordinate his move with the Southern District of New York Pretrial Services Office, as they will need to arrange for courtesy supervision from the Northern District of Illinois Pretrial Services Office.

SDNY U.S. Pretrial Services Office, by way of Officer Joshua Rothman, has no objections to this request. The Government, by way of A.U.S.A. Rebecca Dell and A.U.S.A. Kaylan Lasky, has no objections to this request.

Thank you for your consideration.

Sincerely,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Kareem Hassan

Cc: A.U.S.A. Rebecca Dell
A.U.S.A. Kaylan Lasky
U.S. PTS Joshua Rothman