UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

              -against-

KAREEM HASSAN, et al.,
                               Defendants.
-----------------------------------------------------------------X

21 cr 680 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, June 1, 2022, at 2:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **June 1, 2022** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           March 25, 2022