UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

       - against -                        21-cr-680 (JGK)

KAREEM HASSAN ET AL.,                ORDER

            Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Motions are due **September 9, 2022**. Responses are due **September 23, 2022**. Replies are due **September 30, 2022**. If necessary, a hearing will be held on **October 14, 2022 at 2 p.m.**

    The Government's Federal Rule of Evidence 404(b) disclosures are due **November 4, 2022**.

    Motions in limine, voir dire, and requests to charge are due **November 18, 2022**. Objections and responses thereto are due **December 2, 2022**.

    The final pretrial conference will be held on **December 15, 2022 at 4 p.m.**

    Trial will begin **January 9, 2023 at 9 a.m.**

SO ORDERED.

Dated:    New York, New York
            June 1, 2022

                                                  John G. Koeltl
                                     United States District Judge