March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

**KAREEM HASSAN** ,
            Defendant(s).
---------------------------------------------------------X

CONSENT TO PROCEED BY
TELECONFERENCE

21 -CR- 680. (JGK ) (     )

Defendant __KAREEM HASSAN_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Plea/Trial/Sentence

__S/KAREEM HASSAN (TDV)__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__KAREEM HASSAN__
Print Defendant's Name

__/s/ Telesforo Del Valle Jr.__
Defense Counsel's Signature

__TELESFORO DEL VALLE JR., ESQ__
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

__6/1/22__
Date

__/s/ Judge__
U.S. District Judge/U.S. Magistrate Judge