UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                21 cr 680 (JGK)

       -against-

                **ORDER OF REMAND**

KAREEM HASSAN,
              Defendant.
-------------------------------------------------------------X

       For the reasons stated, today, the defendant, Kareem Hassan, having pleaded guilty to the indictment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending sentence.

       The Court recommends that the defendant be seen, as soon as possible, by a medical physician; that the Bureau of Prisons tend to the defendant's medical needs, and that the defendant be provided with the medications he currently takes.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 31, 2022