LAW OFFICES
# Lazzaro Law Firm, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

November 28, 2022

**Sent via ECF:**
Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Wael Hamad**
    **Case No. 21-cr-00680-JGK-3**

Dear Justice Koetl:

*[Handwritten note: Application denied. The conference will proceed on November 29, 2022, at 4:30 P.M. Whether the defendant wishes to enter a plea at that time is completely up to the defendant advised by counsel. So ordered. /s/ JGK USDJ 11/28/22]*

As you are aware, I am co-counsel for Mr. Wael Hamad with regards to the above referenced matter which is currently scheduled for a change of plea hearing before your Honor tomorrow, November 29th at 4:30 pm. Please be advised that at this time I am requesting a short adjournment of this matter to either Monday, December 5th or Wednesday, December 7th in order to further discuss the plea with my client. I would also like more time to work with Mr. DiBenedetto to have a better understanding of the case. I have spoken to AUSA Rebecca Dell and she has advised me that she opposes this request. This is the first request for an adjournment of the change of plea hearing. Thank you for your attention herein. If you have any questions and/or concerns with regards to the above please do not hesitate to contact the undersigned.

Very truly yours,
LAZZARO LAW FIRM, P.C.
BY: _____/s/_____
Lance Lazzaro

cc: AUSA Rebecca Dell, Kaylan Lasky and Joseph DiBenedetto via ECF