UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                               21 cr 680 (JGK)

**ORDER OF SPECIAL ASSESSMENT**

KAREEM HASSAN,

                  Defendant.
------------------------------------------------------------X

        The defendant, Kareem Hassan, having been sentenced in this matter to 30 months imprisonment, shall pay a special assessment of $100, which shall be due immediately.

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 28, 2023