UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

       - against -

KAREEM HASSAN,

                     **Defendant.**
_____

21-cr-680 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    Enclosed with this Order is a copy of a letter that the Court received from the defendant's brother earlier today, March 7, 2023. The defendant and his counsel are advised that a request for a change in the defendant's designation must be made through counsel.

SO ORDERED.

Dated:    New York, New York
          March 7, 2023

                           /s/ John G. Koeltl
                              **John G. Koeltl**
                  **United States District Judge**

Motaz Hassan
446 Senator St, Apt 12
(347)701-2870

3/7/23

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

I'm writing on behalf of my brother, Kareem Hassan. At the time of his sentencing neither we nor

his lawyer were aware that we can request a recommendation for him to be designated to Cadre

at MDC, instead of Fort Dix in New Jersey as an FCI. Because our family has a hardship as we

don't not own a car and none of us drive nor have a driver's license, as it is too far away and out

of reach. Under section 601 of the FSA, if requested and there is bed space availability, Kareem

should be able to be designated to Cadre at MDC Brooklyn. As well as it is within his security

level and he lives within the amount of miles that's stated of his family's residence.

Please if this request could be entered immediately prior to his designation it would help

tremendously, as it would lift a great deal of stress from my mother and I.

Thank you.