**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**KAREEM HASSAN,**

              **Defendant.**

---

**21-cr-680 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

In accordance with the recently filed letter from defense counsel (ECF No. 103), the Court recommends to the Bureau of Prisons that the defendant be designated to the Metropolitan Detention Center in Brooklyn, New York.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 8, 2023**

                                      /s/ John G. Koeltl
                                      **John G. Koeltl**
                              **United States District Judge**