UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

KAREEM HASSAN,
                Defendant.
-----------------------------------------------------------X

21 cr 680 (JGK)

**ORDER**

    It is hereby ordered that Carla M. Sanderson, Esq., be appointed as counsel for the above-named defendant, for all purposes, replacing former attorney, Telesforo Dell Valle, Jr.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 21, 2024

3/14/2024

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl,

I would like to request from your honor to assign me new council from the New York public defender's office. I was told by them that I must do that in order for them to retain me. Mr. Telesforo Delvalle, who was my previous council, hasn't been responsive and I've come to discover that he has been disbarred due to pleading guilty to federal charges. I would appreciate your help on this matter, your honor, because I would like to file a motion to retrieve my passport and laptop. I truly appreciate your time.

Kind Regards,
Kareem Hassan



RECEIVED MAR 19 2024 CHAMBERS OF JOHN G. KOELTL U.S.D.J.