UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

KAREEM HASSAN,

              **Defendant.**

21-cr-680 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    At the defendant's request, the Court adds a requirement of supervised release that the defendant reside in the Southern District of Florida. The defendant represents that he has both a place to reside in the Southern District of Florida and the prospect of employment in that District, while he currently lacks a residence and employment in the Southern District of New York.

    If the defendant's relocation to the Southern District of Florida proves to be unworkable after a reasonable period of time, the authorities in Florida may of course apply to change the conditions of supervised release.

SO ORDERED.

Dated:    New York, New York
            June 14, 2024

                                John G. Koeltl
                      United States District Judge