UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     - against -

KAREEM HASSAN,

          Defendant.

21-cr-680 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Government should respond to the request for early termination of probation and include the views of the Probation Officer by April 23, 2026. The defendant may reply by May 7, 2026.

    The Clerk is requested to mail a copy of this order to the pro se defendant.

SO ORDERED.
Dated:   New York, New York
         April 9, 2026

                        John G. Koeltl
               United States District Judge

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**



United States of America
v.
Kareem Hassan

Case No.: 1:21-cr-00680

**MOTION FOR EARLY TERMINATION OF PROBATION**

Dear Judge Koeltl,

I respectfully write to request early termination of my term of probation pursuant to 18 U.S.C. § 3564(c).

I began my term of probation on July 17, 2024, and have now completed approximately 20 months of successful supervision. During this time, I have remained fully compliant with all conditions imposed by the Court. I have taken my obligations very seriously and used this period to reflect, grow, and make meaningful changes in my life.

I have discussed my request with my probation officer, USPO Emmanuel Aracena Santos. While the Probation Office is not presently recommending early termination, I respectfully submit that I have satisfied the statutory criteria and demonstrated sustained compliance and rehabilitation.

Throughout my supervision, I have worked to become more responsible and disciplined, and I have taken steps to better myself for both my future and my family. This experience has been a significant turning point for me.

The conduct underlying this case occurred nearly five years ago, and I respectfully believe I have demonstrated a commitment to living within the law. I am now focused on continuing forward in a positive direction, including pursuing business opportunities that require travel and preparing to start a family.

Given my compliance, the substantial portion of my sentence already served, and my rehabilitation, I respectfully request that the Court grant early termination of my probation.

Thank you for your time and consideration.

Respectfully submitted,

Kareem Hassan
10289 NW 75th Terrace
Doral, FL 33178
(347) 698-8143
kareem.hassan513@gmail.com

Dated: April 3, 2026