**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**- against -**

**KAREEM HASSAN,**

**Defendant.**

**21-cr-680 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The government should respond to Defendant Hassan's application for termination of supervised release by **September 4, 2026.** Defendant Hassan may reply by **September 14, 2026.** The clerk is respectfully requested to mail a copy of the order to the defendant and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 25, 2026**

**/s/ John G. Koeltl, U.S.D.J.**
**John G. Koeltl**
**United States District Judge**