**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 31, 2026

**Application granted. So ordered.**

**The Clerk should send a copy of this Order to the defendant and note mailing on the docket.**

**/s/ John G. Koeltl, U.S.D.J.**
**September 1, 2026**

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Kareem Hassan*, 21 Cr. 680 (JGK)**

Dear Judge Koeltl:

The Government respectfully writes to request a one-week adjournment of the Government's time to respond to the defendant's *pro se* motion for early termination of supervised release (Dkt. 193), which is currently due on September 4, 2026 (Dkt. 192), based on the press of other business. If the Court grants the Government's request, its response will be due on September 11, 2026, and the defendant's reply will be due by September 21, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Kaylan E. Lasky*
Rebecca T. Dell
Kaylan E. Lasky
Assistant United States Attorneys
(212) 637-2198/2315

cc: *Pro se* defendant (by mail)