UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

KAREEM HASSAN,

Defendant.

21-cr-680 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

By letter filed on August 25, 2026, the defendant, Kareem Hassan, seeks an early termination of supervised release, which is scheduled to end on July 11, 2028. ECF No. 193. In a thorough Memorandum Opinion and Order dated May 1, 2026, the Court denied the defendant's previous application for early termination of supervised release. ECF No. 184. There is nothing in the defendant's current application that justifies the early termination of supervised release. Indeed, the defendant argues that the changed circumstance is that the Probation Office does not oppose the early termination of supervised release. In its opposition, however, the Government represents that the Probation Office opposes the defendant's request for early termination of supervised release.

Whether viewed as a motion for reconsideration or a new application for early termination of supervised release, the defendant has failed to show that he should be granted an early termination of supervised release.

The Court has considered all the parties' arguments. The defendant's renewed motion for an early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) is denied without prejudice.

The Clerk is requested to email a copy of this Order to the pro se defendant and to note mailing on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**September 15, 2026**

**John G. Koeltl**
**United States District Judge**